UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE MILLS, | No. 2:16-cv-2768 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

By order filed January 5, 2017, plaintiff's complaint was dismissed and plaintiff was granted thirty days' leave to file an amended complaint. Plaintiff was advised that failure to amend would result in dismissal of this action. The thirty days has now expired, and plaintiff has not filed an amended complaint. Plaintiff has consented to magistrate judge jurisdiction to conduct all proceedings in this action.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: February 14, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / mill2768.fta

1